# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| **MICHELE KENDALL and LINDA MARCUM,** ) ) ) | |
| **Plaintiffs,** ) ) | |
| v. ) ) | No.: 1:07-cv-01058-B |
| ) | Jury Demand |
| **ARBOR PLACE OF PURYEAR, INC.,** ) ) ) | |
| **Defendant.** ) | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

It appears to the satisfaction of the Court, as evidenced by the signatures of counsel for the parties appearing below, that the parties have agreed to compromise and settle all of the claims and matters that were or could have been brought in this action, and that this action should be dismissed, with prejudice.  It is, accordingly,

ORDERED, ADJUDGED AND DECREED that this action be and hereby is DISMISSED, WITH PREJUDICE, and that the court costs of this action shall be taxed to the Defendant.

ENTERED this 19th day of June, 2008.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

1882075 v1
106919-005  6/19/2008

**APPROVED FOR ENTRY BY:**

 s/ Justin S. Gilbert
Justin S. Gilbert (No. 017079)
Michael L. Russell (No. 20268)
Gilbert Russell McWherter, PLC
101 North Highland
Jackson, TN 38301
(731) 664-1340 (telephone)
(731) 664-1540 (facsimile)

*Attorney for Plaintiff Michelle Kendall and
  Linda Marcum*


 s/ Joycelyn A. Stevenson
J. Craig Oliver (No. 016838)
Joycelyn A. Stevenson (No. 021710)
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, Tennessee 37203
(615) 252-2310 (telephone)
(615) 252-6310 (facsimile)

*Attorneys for Defendant Arbor Place of
  Puryear, Inc.*